# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-04655-SVW(AFM)**                              Date: June 28, 2021

Title  <u>Armen Apoyan v. Kathleen Allison</u>

---

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER RE FURTHER PROCEEDINGS**

Petitioner filed a petition for a writ of habeas corpus on June 4, 2021. According to the petition, at the time he initiated this action, Petitioner was incarcerated in the Waco State Prison. (ECF 1.) On June 9, 2021, the Court issued an order requiring a response to the petition. Among other things, the order notified Petitioner of his obligation to keep the Court and counsel for respondent informed of where he may be contacted. (ECF 4 at 4.) On June 25, 3021, Petitioner filed a notice of change of address. (ECF 6.) The notice indicates that Petitioner's new address is "Pleasant Valley State Prison," but includes no specific address. Furthermore, the Court is unable to ascertain Petitioner's address because he cannot be found in the California Department of Corrections and Rehabilitation's Inmate Locator. *See* https://inmatelocator.cdcr.ca.gov.

Petitioner shall file a response to this order **no later than July 23, 2021**, notifying the Court of the complete and correct address where he may be contacted. Petitioner is cautioned that failure to timely comply with this order may result in dismissal of this action. *See* C.D. Cal. Local Rule 41–6; *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir.1988) (per curiam).

**It is so ordered.**

|  | : |
|---|---|
|  | **Initials of Preparer**  ib |